IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:17CR19 |
| OSCAR DAVID VELASQUEZ-TORRES | § | |

## FACTUAL BASIS

Investigation by the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) disclosed the following facts that establish that I, the Defendant, **Oscar David Velasquez-Torres**, committed the conduct described in Count 1 of the indictment, which charges a violation of 8 U.S.C. § 1326(a) and (b)(2), illegal reentry following removal. I agree that the following factual basis is true and correct:

1. I am a citizen and national of Honduras by birth. On March 11, 2013, I was removed to Honduras. After being removed to Honduras, I re-entered the United States without having received the consent of the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

2. On or about February 7, 2017, ICE enforcement officers found me at the Smith County jail, in Tyler, Texas, in the Eastern District of Texas.

3. I admit that I am an alien unlawfully present in the United States.

4. I acknowledge that my conduct in this case constitutes a violation of the crime alleged in Count 1 of the indictment, which is, illegal reentry following removal. I hereby stipulate that the facts described above are true and correct and I accept them as

Page 1 of 2

the uncontroverted facts of this case.

Dated: 4/26/17

_____
Oscar David Velasquez-Torres
Defendant

### DEFENDANT'S COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis in this matter and have reviewed this document with my client with the aid of a Spanish-speaking interpreter. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Basis and that he is signing this Factual Basis voluntarily.

Dated: 4/26/17

_____
Wayne R. Dickey
Attorney for Defendant